No. 77–5001. HEATH v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 77–5014. BURGESS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 77–5028. RUNNELS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 77–5084. WARD v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 77–5092. BRANDON v. UNITED STATES; and

No. 77–5105. WILLIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: No. 77–5092, 559 F. 2d 1209; No. 77–5105, 559 F. 2d 1210.

No. 77–5138. REYNOLDS v. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–5168. LYONS v. CULLINANE, CHIEF OF POLICE OF D. C., ET AL. Ct. App. D. C. Certiorari denied.

No. 77–5191. BOYD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5192. BENNETT v. DIRECTOR OF INTERNAL REVENUE FOR NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied. 

No. 77–5219. SHIELDS v. DELAWARE. Sup. Ct. Del. Certiorari denied. 

No. 77–5223. CONLEY v. ENGLE, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 77–5226. HIGHTOWER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 77–5239. JOHNSON v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.